UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE B. COOK, | NO. C09-509Z |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

THIS MATTER comes before the Court on petitioner's motion for a certificate of appealability, docket no. 23. A certificate of appealability may issue only when "the applicant has made a substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons stated in Magistrate Judge Mary Alice Theiler's Report and Recommendation, docket no. 17, the Court concludes that petitioner has failed to make a substantial showing of a denial of a constitutional right. Accordingly, petitioner's motion for a certificate of appealability is hereby DENIED.

IT IS SO ORDERED.

DATED this 8th day of December, 2009.

s\ Thomas S. Zilly

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

ORDER -1